## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ROBERT CRIPE

        Plaintiff,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

CASE NO: 1:14-cv-00843

Judge Coleman

---

ROGER GIBBY and ANGELA GIBBY

        Plaintiffs,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

CASE NO: 1:14-cv-00917

Judge Durkin

---

JOSEPH HARDEE and
REBECCA HARDEE

        Plaintiffs,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

CASE NO: 1:14-cv-00918

Judge Feinerman

---

WILLIAM BLADES and
CATHERINE BLADES

CASE NO: 1:14-cv-01471

Judge Lefkow

Plaintiffs,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

Defendants.

_____

GARY CARPENTER and                    CASE NO: 1:14-cv-01472
NANCY CARPENTER

                                      Judge Coleman
          Plaintiffs,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

          Defendants.

_____

BUDDY HUMPHRIES and                   CASE NO: 1:14-cv-01473
KATHY HUMPRHIES

                                      Judge Bucklo
          Plaintiffs,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

          Defendants.

_____

THOMAS DOBBS                          CASE NO: 1:14-cv-01474

          Plaintiff,                  Judge Kendall

vs.

ABBVIE INC., and

ABBOTT LABORATORIS, INC.

        Defendants.

_____

THOMAS HEADLEY                    CASE NO: 1:14-cv-01475

        Plaintiff,                  Judge Dow

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

_____

CHRISTOPHER HUGHES and        CASE NO: 1:14-cv-01476
JUDY HUGHES

                          Judge Gottschall

        Plaintiffs,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

_____

WILLIAM JACKSON and           CASE NO: 1:14-cv-01477
CATHY JACKSON

                          Judge Wood

        Plaintiffs,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

_____

MICHAEL GORDON and           CASE NO: 1:14-cv-01478

LAURIE GORDON

        Plaintiffs,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

Judge Tharp

_____

JOSEPH JONES and
DONNA JONES

        Plaintiffs,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

CASE NO: 1:14-cv-01479

Judge Coleman

_____

MARK KING and
SHANNON KING

        Plaintiffs,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

CASE NO: 1:14-cv-01480

Judge Feinerman

_____

CALVIN LEWIS and
PATRICIA LEWIS

        Plaintiffs,

CASE NO: 1:14-cv-01481

Judge Feinerman

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

_____

ROBERT SAYLOR and             CASE NO: 1:14-cv-01482
CECILE SAYLOR

                              Judge Wood

        Plaintiffs,

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

_____

NATALE CATAUDELLA            CASE NO: 1:14-cv-01483

        Plaintiff,                  Judge Gottschall

vs.

ABBVIE INC., and
ABBOTT LABORATORIS, INC.

        Defendants.

## NOTICE OF WITHDRAWAL OF MOTION TO COORDINATE

## ACTIONS FOR PURPOSES OF DISCOVERY

The Plaintiffs in the above captioned actions hereby withdrawal their previous Motion to

Coordinate Actions for Purposes of Discovery. The basis for this withdrawal is that a Motion for

Coordination regarding these and other cases has already been filed in the *Marino* action and is

set to be ruled upon by Judge Darrah. *Marino v. AbbVie Inc., et al.*, 1:14-cv-00777, Motion to Coordinate Actions for Purposes of Discovery, D.N. 12 (2-27-2014).

Plaintiffs respectfully withdrawal their Motion to Coordinate Actions for Purposes of Discovery and further request that the Court cancel the hearings regarding these motions which were scheduled for March 21, 2014.

March 11, 2014                          Respectfully Submitted,


                                        s/ Ronald E. Johnson, Jr.
                                        Ronald E. Johnson, Jr. (KY 88302)
                                        Sarah N. Lynch (KY 94261)
                                        SCHACHTER, HENDY & JOHNSON, P.S.C.
                                        909 Wright's Summit Parkway #210
                                        Ft. Wright, Kentucky 41011
                                        Tel. 859.578.4444
                                        Facsimile 859.578.4440
                                        rjohnson@pschachter.com
                                        slynch@pschachter.com

                                        Joseph M. Lyon (OH 0076050)
                                        THE LYON FIRM
                                        22 West 9th
                                        Cincinnati, Ohio 45202
                                        Tel. 513.381.2333
                                        jlyon@thelyonfirm.com
                                        (Application for Admission *pro hac vice* to be filed)

                                        John Sawin (IL 6227112)
                                        SAWIN LAW FIRM, LTD.
                                        55 West Wacker Drive, Suite 900
                                        Chicago, Illinois 60601
                                        Tel: 312.853.2490
                                        Fax: 312.327.7072
                                        jsawin@sawinlawyers.com

                                        Scott Morgan (IL 6209550)
                                        MORGAN LAW FIRM, LTD.

55 West Wacker Dr., Suite 900
Chicago, Illinois 60601
Tel. 312.327.3386
Facsimile 888.396.2478
smorgan@smorgan-law.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2014 the foregoing document was filed via the Court's CM/ECT system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

s/ Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.